**Order entered February 8, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01077-CV

### JOSE LUIS VARELA, ET AL., Appellants

### V.

### ZAVALA PLUS, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07336**

## ORDER

Before the Court is appellants' February 6, 2023 second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 10, 2023. Because the brief was first due January 9, 2023, we caution that further extension requests will be disfavored.

/s/   KEN MOLBERG
      JUSTICE